IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE


**In re: Camden Police Cases**
**Master Docket No. 11cv1315 (RBK/JS)**


**Alanda Forrest v. Kevin Parry, et al.**
**Civil No. 09-1555 (RBK/JS)**

**Jeffrey Hicks v. Kevin Parry, et al.**
**Civil No. 10-989 (RBK/JS)**

**Frank Shaw v. Kevin Parry, et al.**
**Civil No. 10-1372 (RBK/JS)**

**Steven Tinley v. City of Camden, et al.**
**Civil No. 10-2576 (RBK/JS)**

**Norman Levels v. Camden City, et al.**
**Civil No. 10-3274 (RBK/JS)**

**Angel Sanchez v. City of Camden, et al.**
**Civil No. 10-3732 (RBK/JS)**

**Joel Barnes v. Kevin Parry, et al.**
**Civil No. 10-3827 (RBK/JS)**

**George Stewart v. Camden Police Dept., et al.**
**Civil No. 10-4283 (RBK/JS)**

**Juan Troche v. Camden Police Dept., et al.**
**Civil No. 10-4288 (RBK/JS)**

**Ronald Demby v. Kevin Parry, et al.**
**Civil No. 10-4379 (RBK/JS)**

**Lamont Fussell v. City of Camden, et al.**
**Civil No. 10-4453 (RBK/JS)**

**Derrick Brown v. City of Camden, et al.**
**Civil No. 10-4757 (RBK/JS)**

**Antwyne Rolax v. City of Camden, et al.**
**Civil No. 10-5474 (RBK/JS)**

**Gilbert Becerra v. City of Camden, et al.**
**Civil No. 10-6073 (RBK/JS)**

**Joseph Jackson v. City of Camden, et al.**
**Civil No. 10-6188 (RBK/JS)**

Ron Mills v. City of Camden, et al.
Civil No. 10-6277 (RBK/JS)

Jose A. Vega v. City of Camden, et al.
Civil No. 10-6294 (RBK/JS)

Rhonda Carstarphen v. City of Camden, et al.
Civil No. 10-6389 (RBK/JS)

Muhammad Blackson v. Kevin Parry, et al.
Civil No. 10-6390 (RBK/JS)

Angel Carabello v. City of Camden, et al.
Civil No. 10-6664 (RBK/JS)

William Baylock v. City of Camden, et al.
Civil No. 10-6665 (RBK/JS)

Dawone Baylock v. City of Camden, et al.
Civil No. 10-6666 (RBK/JS)

Anthony Centeno v. City of Camden, et al.
Civil No. 10-6667 (RBK/JS)

David Johnson v. City of Camden, et al.
Civil No. 10-6669 (RBK/JS)

Danya Hinton v. City of Camden, et al.
Civil No. 10-6670 (RBK/JS)

Jherelle Bailey v. City of Camden, et al.
Civil No. 10-6671 (RBK/JS)

Albert Cass v. City of Camden, et al.
Civil No. 10-6672 (RBK/JS)

Bryheem Frazier v. City of Camden, et al.
Civil No. 10-6674 (RBK/JS)

Robert Corbitt v. City of Camden, et al.
Civil No. 10-6675 (RBK/JS)

Robert Henderson v. City of Camden, et al.
Civil No. 10-6677 (RBK/JS)

Julio Gonzalez v. City of Camden, et al.
Civil No. 10-6833 (RBK/JS)

Jermaine Russell v. Kevin Parry, et al.
Civil No. 11-28 (RBK/JS)

Rashford Grant v. Kevin Parry, et al.
Civil No. 11-29 (RBK/JS)

**Raymond Shields v. Kevin Parry, et al.**
**Civil No. 11-30 (RBK/JS)**

**Jermaine Lowber v. Kevin Parry, et al.**
**Civil No. 11-327 (RBK/JS)**

**James Anderson v. City of Camden, et al.**
**Civil No. 11-495 (RBK/JS)**

**David Bryant v. City of Camden, et al.**
**Civil No. 11-496 (RBK/JS)**

**Obie Carmichael v. City of Camden, et al.**
**Civil No. 11-512 (RBK/JS)**

**Henry Chavez v. City of Camden, et al.**
**Civil No. 11-513 (RBK/JS)**

**Marcus Collins v. Kevin Parry, et al.**
**Civil No. 11-651 (RBK/JS)**

**Kenneth Pitts v. Kevin Parry, et al.**
**Civil No. 11-656 (RBK/JS)**

**Charles Cottle v. Kevin Parry, et al**
**Civil No. 11-781 (RBK/JS)**

**John C. Traylor v. City of Camden, et al.**
**Civil No. 11-891 (RBK/JS)**

**Paul J. Gibson v. William Arthur, et al.**
**Civil No. 11-959 (RBK/JS)**

**Oscar Ruiz v. City of Camden, et al.**
**Civil No. 11-971 (RBK/JS)**

### ORDER ESTABLISHING MASTER DOCKET NUMBER
### FOR ALL CAMDEN POLICE CASES

These cases having been consolidated for the purpose of discovery and case management; and the Court intending that all counsel get notice of all filings in the consolidated cases; and good cause existing for the entry of this Order,

IT IS HEREBY ORDERED this **10th** day of **March, 2011,** that the Clerk of the Court shall designate C.A. No. 11cv1315 (RBK/JS) as the master docket number for all Camden Police Cases. All filings in any Camden Police Case shall hereafter include the caption, **"In Re Camden Police Cases, Master Dkt. No. 11cv1315 (RBK/JS)"** and the caption of the individual case to which the filing pertains; and

IT IS FURTHER ORDERED that the Clerk of the Court shall include on the service list for the master docket all counsel who entered an appearance in any Camden Police Case; and

IT IS FURTHER ORDERED that if a filing pertains to all Camden Police Cases it shall only include the master docket number.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge