**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

MITCHELL H. COHEN COURTHOUSE
1 John F. Gerry Plaza, Room 2060
CAMDEN, NJ 08101-0887
(856) 757-5446

**LETTER ORDER**
**ELECTRONICALLY FILED**
December 17, 2012


Richard Cordry, Esquire
Hartman Group
Suite 212
513 S. Lenola Road
Moorestown, NJ 08057

Edward Crisonino, Esquire
210 Haddon Avenue
Westmont, NJ 08108

> **In re: Camden Police Cases**
>     **Master Docket No. 11cv1315 (RBK/JS)**
>
> **Gonzalez v. City of Camden, et al.**
> **Civil No. 11-6081 (RBK/JS)**
>
> **Martinez v. Parry, et al.**
> **Civil No. 12-6564 (RBK/JS)**
>
> **Holness v. Parry, et al.**
> **Civil No. 12-6567 (RBK/JS)**
>
> **Santiago v. Parry, et al.**
> **Civil No. 12-3791 (RBK/JS)**

Dear Counsel:

    Attached is a copy of the December 13, 2012 letter received from Mr. Shalom regarding the dismissal of these cases. You are asked to advise the Court by no later than December 21, 2012, if and when you will dismiss these cases. If you do not intend to dismiss the cases, the Court should be so informed.

                         Very truly yours,

                         s/Joel Schneider

                         JOEL SCHNEIDER
                         United States Magistrate Judge

JS:jk
cc:  Hon. Robert B. Kugler
     All Counsel



**P.O. Box 32159**
**Newark, NJ 07102**

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

Frank Corrado
*President*

Deborah Jacobs
*Executive Director*

Edward Barocas
*Legal Director*

December 13, 2012

**VIA FAX: 856-757-5355**

Hon. Joel M. Schneider, USMJ
Mitchell H. Cohen Court House, Room 2010
1 John F. Gerry Plaza
Fourth & Cooper Streets
Camden, NJ 08101

**RECEIVED**

**DEC 13 2012**

JOEL SCHNEIDER
U.S. Magistrate Judge

**Re: In Re Camden Police Cases, No. 11-cv-1315 (RBK)(JS)**

Dear Judge Schneider:

Pursuant to our settlement conversation yesterday, the counsel in the following cases has acknowledged the need to dismiss the case for the reasons stated below. Please order counsel to dismiss the cases by a date certain.

1. Sonya Gonzalez; 11-cv-6081; Richard Cordry, Esq. acknowledged that her underlying criminal case was never dismissed.
2. Hector Martinez; 12-cv-6564; Edward Crisonino, Esq. acknowledged that the case was not filed within the statute of limitations period.
3. Michael Holness; 12-cv-6567; Edward Crisonino, Esq. acknowledged that the case was not filed within the statute of limitations period.
4. Pedro Enrique Santiago; 12-cv-3791; Edward Crisonino, Esq. acknowledged that the case was not filed within the statute of limitations period. NB: This case has not been listed under the *Camden Police Cases* Master Docket Number, though it should have been.

Please feel free to contact me with any questions or concerns.

Sincerely yours,

ALEXANDER SHALOM
Counsel for Joel Barnes (on behalf of all Plaintiffs)

1