THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

IN RE: CAMDEN POLICE CASES

Master Docket No. 11cv1315
(RBK/JS)

**O R D E R**

The Court having been informed that Camden City Council approved the settlement of the Camden Police Cases; and all counsel consenting to the entry of this Order; and good cause appearing for the entry of this Order,

IT IS HEREBY ORDERED this 9th day of January, 2013, that by no later than February 15, 2013, the City of Camden shall send the settlement proceeds to plaintiffs' designated representative endorsed to "Zucker, Steinberg, Wixted Trust Account"; and

IT IS FURTHER ORDERED that any counsel requesting court approval of its attorney's fees shall file his/her motion for court approval by January 31, 2013.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge