Stanley O. King, Esquire
Sharon A. King, Esquire
KING & KING, LLC
231 S. Broad Street
Woodbury, NJ 08096
856-845-3001
856-845-3079 (fax)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **IN RE: CAMDEN POLICE CASES** | : | **HON. ROBERT B. KUGLER, U.S.D.J.** |
| | : | |
| | : | **Master Docket No. 11cv1315 (RBK/JS)** |
| | : | |
| JOSEPH JACKSON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 10-6188 (RBK-JS) |
| | : | |
| v. | : | |
| | : | |
| CITY OF CAMDEN, *et al.* | : | |
| | : | |
| Defendants. | : | |
| JOSE A. VEGA, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 10-6294 (RBK-JS) |
| | : | |
| v. | : | |
| | : | |
| CITY OF CAMDEN, *et al.* | : | |
| | : | |
| Defendants. | : | |
| JERMAINE LOWBER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 11-327 (RBK-JS) |
| | : | |
| v. | : | |
| | : | |
| CITY OF CAMDEN, *et al.* | : | **ORDER GRANTING MOTION FOR** |
| | : | **REASONABLE ATTORNEY'S FEES** |
| | : | |
| Defendants. | : | |

THIS MATTER having been brought before the Court by King & King, LLC, attorneys for Plaintiffs, Joseph Jackson, Jose A. Vega and Jermaine Lowber, upon motion of Counsel with notice to Plaintiffs Jackson, Vega and Lowber, and counsel for all parties in the Camden Police Cases, for an Order approving reasonable attorney's fees; and the Court having considered the moving papers, and for good cause shown,

IT IS on this _____ day of _____, 2013, hereby ORDERED that the motion of Plaintiffs and their attorney, King & King, LLC, is GRANTED as follows:

King & King, LLC shall be awarded reasonable attorney's fees in the amount of $54,307.80 from the Joint Fund created by all plaintiffs in the consolidated case and fees of $42,694.19 from the combined recoveries of their clients, Joseph Jackson, Jose Vega and Jermaine Lowber.

 

 

_____
HONORABLE JOEL SCHNEIDER, U.S.M.J.